*Monday,
December* 8.

BOUCHE *v.* RYAN, in Error.

IF the plaintiff is an infant, the form of the writ may be the same as in other cases, but the declaration must be by guardian or next friend (1).

A defendant, by obliging the plaintiff to give security for costs, does not waive the right to plead the infancy of the plaintiff in abatement.

An infant plaintiff is not liable for costs.  ·1 Tidd, 72.

(1) Vide note (4) to *Findley* v. *Buchanan*, Vol. 1, of these Rep. 13.— *Shirley* v. *Hagar*, ante, p. 225.